UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Doris Sanabria</u>

    v.                     Civil No. 07-284-JL

<u>Hillsborough County</u>
<u>Department of Corrections</u>

**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: March 26, 2008

cc: Francis G. Murphy, Jr., Esq.
    Debra Weiss Ford, Esq.